IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-224-D

| | |
|---|---|
| CHARLES GIBSON, ) | |
| ) | |
| PLAINTIFF, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, DEPARTMENT OF ) | |
| THE ARMY CORPS OF ENGINEERS, ) | |
| ) | |
| DEFENDANTS; ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| THIRD-PARTY PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| CADDELL CONSTRUCTION CO. (DE), ) | |
| LLC, ) | |
| ) | |
| THIRD-PARTY DEFENDANT. ) | |

For good cause shown upon the motion of all parties for a stay of discovery and stay of entry of a Discovery Order, it is ORDERED that discovery on all claims is stayed. The parties shall file a Status Update on or before February 17, 2023 informing of the need for an additional stay of discovery or proposing discovery deadlines.

So ORDERED THIS _15_ day of November, 2022.

_/s/ J. Dever_
JAMES C. DEVER III
United States District Judge